IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALBERT MARIO RUSSAW,        *

          Plaintiff,        *

v.        Case No.  5:24-cv-00088-TES-CHW

                              *

CULLEN TALTON, et al.,

                              *

          Defendants.

                              *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 10, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of June, 2024.

                                                  David W. Bunt, Clerk

                                                  s/ Erin Pettigrew, Deputy Clerk